UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWAN BROOKS, | 1:11-cv-01315-LJO-JLT (HC) |
| Petitioner, | ORDER DISREGARDING APPLICATION TO PROCEED IN FORMA PAUERIS AS MOOT |
| v. | |
| JAMES YATES, | (Doc. 15) |
| Respondent. / | |

Petitioner is a prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. Section 2254. On June 13, 2012, petitioner filed an application to proceed in forma pauperis. Due to the fact that petitioner paid the filing fee for this action on August 9, 2011, IT IS HEREBY ORDERED THAT petitioner's application to proceed in forma pauperis is DISREGARDED as moot.

IT IS SO ORDERED.

Dated:   **September 6, 2012**                                    /s/ Jennifer L. Thurston
                                                                                UNITED STATES MAGISTRATE JUDGE