UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWAN CROSBY BROOKS, JR.,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES YATES,<br><br>    Respondent. | Case No.: 1:11-cv-01315 LJO JLT (HC)<br><br>ORDER GRANTING MOTION TO REMOVE COUNSEL OF RECORD<br><br>(Doc. 36) |

Petitioner requests the Court "remove as counsel of record," Gregory H. Mitts, who represented him in this matter. (Doc. 36) Petitioner asserts that he fired Mitts on October 10, 2012. Id. at 2. Due to a breakdown in the relationship, Petitioner does not believe that Mr. Mitts would sign a consent to be substituted out of this case. Id. Mr. Mitts did not respond to the motion. Therefore, good cause appearing, the Court **ORDERS**:

    1.    Petitioner's motion (Doc. 36) is **GRANTED**[1];

    2.    Petitioner is substituted in the place of Gregory H. Mitts and is proceeding pro se.

IT IS SO ORDERED.

    Dated:   **March 30, 2016**          **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] This motion was filed some time ago but it was moot given the matter had been dismissed. However, the recent order reversing the dismissal has made the motion now ripe.