UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWAN BROOKS,<br><br>        Petitioner,<br><br>   v.<br><br>JAMES YATES,<br><br>        Respondent. | Case No.: 1:11-cv-01315-LJO-JLT<br><br>AMENDED ORDER DIRECTING PARTIES TO FILE BRIEFS AND SETTING BRIEFING SCHEDULE<br><br>SIXTY-DAY DEADLINE |

On March 28, 2016, the Ninth Circuit issued its decision, affirming in part and reversing in part the dismissal of the petition. (Doc. 43). In that decision, the Ninth Circuit noted that the "district court did not make findings with respect to whether Brooks was reasonably diligent." (Id.). On remand, the Ninth Circuit directed this Court to make a determination whether Petitioner acted diligently in pursuing relief from the Court's judgment dismissing the petition. (Id.).

In light of the remand directions, the Court will require the parties to file briefs on the issue of whether Petitioner acted diligently in pursuing relief from the Court's order dismissing the petition. The parties shall file briefs on this issue within sixty days of service of this order.

///

///

///

///

1

**ORDER**

Accordingly, the Court **ORDERS**:

1. The parties SHALL FILE briefs addressing the issue of whether Petitioner acted diligently in pursuing relief from the Court's order dismissing the petition within sixty days of service of this order.

IT IS SO ORDERED.

Dated:   **May 13, 2016**                    **/s/ Jennifer L. Thurston**
                                             UNITED STATES MAGISTRATE JUDGE