1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROWAN BROOKS,                          No.  1:11-cv-01315-LJO-JLT (HC)

12            Petitioner,                    **ORDER ADOPTING FINDINGS AND**
                                             **RECOMMENDATIONS (Doc. No. 57)**
13
                                             **ORDER GRANTING EQUITABLE**
14        v.                                 **TOLLING AND FINDING FEDERAL**
                                             **PETITION TIMELY FILED**
15
     JAMES YATES,                            **ORDER REFERRING MATTER BACK TO**
16                                           **MAGISTRATE JUDGE FOR FURTHER**
              Respondent.                    **PROCEEDINGS**
17

18

19          Petitioner is a state prisoner proceeding in propria persona with a petition for writ of

20   habeas corpus pursuant to 28 U.S.C. § 2254.  On September 30, 2016, the Magistrate Judge

21   assigned to the case issued Findings and Recommendation to grant Petitioner equitable tolling up

22   to the point he filed his federal petition thereby rendering the federal petition timely filed.  This

23   Findings and Recommendation was served upon all parties and contained notice that any

24   objections were to be filed within twenty-one days from the date of service of that order.  On

25   October 18, 2016, Respondent filed objections to the Magistrate Judge's Findings and

26   Recommendations.  (Doc. No. 58).  On October 31, 2016, Petitioner filed a response to

27   Respondent's objections.  (Doc. No. 59.)

28          In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a

                                                1

1    *de novo* review of the case.  Having carefully reviewed the entire file, including Respondent's

2    objections and Petitioner's response, the Court concludes that the Magistrate Judge's Findings

3    and Recommendation is supported by the record and proper analysis.  The Court agrees that given

4    the facts of this case, the misconduct of Petitioner's counsel was so egregious that counsel was no

5    longer acting on behalf of his client and functioning as his agent.  Thus, Petitioner should not be

6    bound by his attorney's actions.  The Court will grant equitable tolling until the time he filed his

7    federal petition, thereby rendering the petition timely filed.

8              Accordingly, the Court orders as follows:

9         1.       The Findings and Recommendations, filed September 30, 2016, is adopted in full;

10        2.       Petitioner is granted equitable tolling up to the point he filed his federal petition;

11        3.       The petition for writ of habeas corpus is considered timely filed; and

12        4.       The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

     Dated:   **November 9, 2016**          **/s/ Lawrence J. O'Neill**
                                     UNITED STATES CHIEF DISTRICT JUDGE

2