UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWAN BROOKS,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES YATES,<br><br>　　　　　　　Respondent. | No. 1:11-cv-01315-JLT-LJO (HC)<br><br>**ORDER GRANTING EXTENSION OF TIME TO FILE TRAVERSE**<br><br>**[30-DAY DEADLINE]** |

On February 27, 2017, Petitioner filed a motion for a fourteen-day extension of time to file his traverse. On March 7, 2017, the Court granted the motion and set the deadline for fourteen days from the date of service of the order. It has come to the Court's attention that setting the deadline "from the date of service" of the order rather than from the actual traverse deadline did not provide Petitioner with sufficient time. In light of this, the Court **ORDERS** that the deadline for filing a Traverse is extended thirty days from the date of service of this Order.

IT IS SO ORDERED.

　Dated:　**March 9, 2017**　　　　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1